IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JIMMY WREN**                                                                       **PETITIONER**

v.                                                                                  No. 3:19CV87-MPM-JMV

**STATE OF MISSISSIPPI**                                                 **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *coram nobis* is **DISMISSED** for want of subject matter jurisdiction. In light of this ruling, the petitioner's motion [6] for default judgment or summary judgment is **DISMISSED** as moot. This case is **CLOSED**.

**SO ORDERED**, this, the 7th day of November, 2019.

                                                      **/s/ MICHAEL P. MILLS**
                                                      **UNITED STATES DISTRICT JUDGE**
                                                    **NORTHERN DISTRICT OF MISSISSIPPI**